**UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Senior Airman ERIC B. COBAUGH**
**United States Air Force**

**ACM 38662 (rem)**

**16 March 2016**

Sentence adjudged 25 April 2014 by GCM convened at Ramstein Air Base, Germany. Military Judge: Christopher F. Leavey.

Approved Sentence: Bad-conduct discharge, confinement for 12 months, forfeiture of all pay and allowances, and reduction to E-1.

Appellate Counsel for Appellant: Captain Jonathan D. Legg.

Appellate Counsel for the United States: Lieutenant Colonel Roberto Ramirez and Gerald R. Bruce, Esquire.

Before

MITCHELL, DUBRISKE, and BROWN
Appellate Military Judges

OPINION OF THE COURT
UPON REMAND

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

This case is before our court for further review because the original action contained multiple errors. *United States v. Cobaugh*, ACM 38662, unpub. op. at 4 (A.F. Ct. Crim. App. 14 December 2015). On 10 February 2016, the convening authority withdrew the erroneous action in accordance with our decision and issued a corrected action. A corrected court-martial order was also executed.

The approved findings and sentence are correct in law and fact, and no error prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

LEAH M. CALAHAN
Clerk of the Court